# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANKIE LYNN MITCHELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-16-1006-M |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

On June 13, 2017, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner") denying plaintiff's applications for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by July 3, 2017. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 22] issued by the Magistrate Judge on June 13, 2017, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 11th day of July, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE